■ TOWN OF SARDINIA et al., Respondents, v GERNATT ASPHALT PRODUCTS, INC., Appellant. [784 NYS2d 470]—Appeal from a judgment of the Supreme Court, Erie County (Barbara Howe, J.), entered January 2, 2004 after a nonjury trial. The judgment granted a permanent injunction prohibiting defendant from mining at a certain site.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs for the reasons stated in decision at Supreme Court. Present—Hurlbutt, J.P., Scudder, Kehoe, Gorski and Martoche, JJ.